CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

OCT 26 2009

BY: JOHN F. CORCORAN, CLERK
        /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY MALIK BROWN,<br>    Plaintiff, | Civil Action No. 7:09-CV-00429 |
| v. | FINAL ORDER |
| GENE JOHNSON, et al.,<br>    Defendant. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), plaintiff's motion for leave to proceed in forma pauperis [Docket #5] is **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER:** This 26th day of October, 2009.

_____
United States District Judge